**Order filed March 26, 2015.**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-14-00649-CV

—————————

**DAVID L. GLASSEL, Appellant**

**V.**

**SEAMLESS OPERATING GROUP, LLC INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF CHEMICAL FREE SOLUTIONS, LLC., AND CEDAR OIL SOLUTIONS, LLC, Appellees**

On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2012-41601

## O R D E R

Appellant's brief was due March 2, 2015. No brief or motion for further extension of time has been filed.

Unless appellant files a brief with this court on or before **April 20, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM